UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PETER TOKAR,

|                          |                                    |
|--------------------------|------------------------------------|
| Plaintiff,               | **JUDGMENT**                       |
|                          | CV-08-4573 (ADS)(ARL)              |
| - against -              |                                    |

8 WHISPERING FIELDS ASSOCIATES, LTD.,
WILLIAM SOEHL, R.A. and ROOSKA HOME
IMPROVEMENT DEVELOPMENT,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

Defendant.

★   MAR 0 6 2012   ★

-------------------------------------------------------------X

LONG ISLAND OFFICE

A Memorandum and Order of Honorable Arthur D. Spatt, United States District Judge,

having been filed on February 16, 2012, adopting in its entirety the January 22, 2010 Report and

Recommendation of Magistrate Judge Arlene R. Lindsay, awarding plaintiff $2,790 in attorneys'

fees and $630 in costs, and denying plaintiff's request for damages without prejudice and with

leave to renew; and an Order of Honorable Arthur D. Spatt, having been filed on March 2, 2012,

adopting in its entirety the December 13, 2011 Report and Recommendation of Magistrate Judge

Arlene R. Lindsay, awarding plaintiff statutory damages against defendants, jointly and severally,

in the amount of $30,000, and directing the Clerk of Court to enter judgment in favor of plaintiff

in the amount of $30,000 and to close this case, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and

against defendants, jointly and severally, in the amount of $30,000 for statutory damages; that

plaintiff is awarded $2,790 in attorneys' fees and $630 in costs; and that this case is hereby

closed.

Dated:  Central Islip, New York
        March 6, 2012

DOUGLAS C. PALMER
CLERK OF THE COURT

By:  /s/ Catherine Vukovich
     Deputy Clerk